Victoria Le SBN 230452
LAW OFFICES OF LONDON & LE, P.C.
415 Huntington Drive, Ste. 101
San Marino, CA 91108
Ph: 626-639-3424: Fax: 626-639-3686

Chandao Nina Nantha, Esq.  SBN 209955
LAW OFFICES OF NANTHA & ASSOCIATES
2000 E. 4th Street, Ste. 110
Santa Ana, CA 92705
Ph: 714-866-0412

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTA ESTRADA, BENJAMIN MEJIA,<br><br>        Plaintiffs.<br>vs.<br><br>DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA, and DOES 1 to 20, Inclusive,<br><br>        Defendants. | CASE NO.:<br><br>**COMPLAINT IN NEGLIGENCE**<br><br>**DEMAND FOR JURY TRIAL** |

  Comes now, through undersigned counsel, Plaintiffs MARTA ESTRADA, former wife of/and BENJAMIN MEJIA, for their Complaint against defendants, THE DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA, and DOE DEFENDANTS 1-25 state and alleges the following:

  1. This Honorable Court has original jurisdiction pursuant to 28 U.S.C. § 1346, since this matter is a civil action for money damages against the United States of America, and/or one

1

COMPLAINT

of its federal agencies, and/or one of its employees, for personal injury. Further, this claim has been submitted for administrative adjustment, and more than six (6) months have elapsed with no resolution or denial of the claim.

      2.      Venue is proper in this district pursuant to 28 U.S.C. §1391.

      3.      Plaintiffs MARTA ESTRADA and BENJAMIN MEJIA are adult residents of San Bernardino County, California.

      4.      Defendants DEPARTMENT OF THE NAVY, UNITED STATES OF AMERICA (hereinafter "Defendant NAVY") is composed of the executive part of the Department of the Navy and is a Department within the Department of Defense. The Department of Defense is an executive department of the UNITED STATES OF AMERICA.

      5.      DOE DEFENDANTS 1-25 are sued herein under fictitious names for the reason that, despite diligent and good faith efforts to obtain information, their true names and identities are presently unknown to Plaintiffs, but in some manner presently unknown to Plaintiffs they are or were engaged in the activities alleged and/or were in some manner responsible for the injuries and/or damage to Plaintiffs and/or in some manner are jointly liable with one or more of the other parties to this action. Counsel for Plaintiff have diligently attempted to discover the identities of these defendants by reviewing documents from Plaintiff and communicating with Plaintiff. The identities may be disclosed by discovery and Plaintiff reserves the right to identify DOE DEFENDANTS at that time.

      6.      On or about July 12, 2021, Plaintiff ESTRADA, then legally married to MEJIA, was involved in a motor vehicle accident with a vehicle on the 215 Freeway in Riverside, California whereby Alejandro Arreola, an employee of Defendant NAVY made an unsafe and negligent lane change in violation of California Vehicle Code §22107, among other negligent acts, colliding with Plaintiff's vehicle, causing significant personal injury to MARTA ESTRADA, including but not limited to positive and serious injuries revealed in MRI testing with disc protrusions and bulges to her lumbar and cervical spine requiring epidural steroid injections, and over $100,000 in medical bills to date. The impact caused approximately $9600 in damage to ESTRADA'S vehicle, and costing MEJIA over $18,000 in additional costs to

support his injured then spouse MARTA ESTRADA. Significantly, MARTA ESTRADA'S injuries, which left her in constant pain, completely changed the couple's lives. Hence, both ESTRADA and MEJIA have thus suffered a loss of consortium that has led to their divorce.

7. ESTRADA'S injuries have left her in constant pain and have completely changed the couples' lives. ESTRADA and MEJIA have thus sustained damages in the form of loss of consortium, loss of service, and loss of society which has diminished and/or deprived them from any benefit which heretofore existed between these former spouses, including loss of love and affection, care, attention, companionship, comfort, protection, sexual relations, among other losses to be shown at the trial of this matter, and they are entitled to a sum to be determined by this Honorable Court.

WHEREFORE, Plaintiffs MARTA ESTRADA and BENJAMIN MEJIA request the following:

A. Judgment be entered in favor of Plaintiffs and against Defendants, jointly and severally, for damages in an amount to be determined at trial, including but not limited to special, general and consequential damages,

B. Costs, and that

C. The Court award Plaintiffs such other and further relief as it deems just and equitable.

DATED: July 23, 2024
San Marino, CA

LAW OFFICES OF LONDON AND LE

By: _____
Victoria Le, Esq.
Attorney for Plaintiffs

**DEMAND FOR JURY TRIAL**

Plaintiffs MARTA ESTRADA and BENJAMIN MEJIA hereby demand trial by jury.

DATED: July 23, 2024　　　　　LAW OFFICES OF LONDON AND LE
San Marino, CA
　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Victoria Le, Esq.
　　　　　　　　　　　　　　　　　Attorney for Plaintiff